JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SCOTT GRANTHAM,<br><br>                 Petitioner,<br><br>     v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                 Respondent. | Case No. 5:20-cv-00039-SVW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Summarily Denying the Petition as Premature and Unexhausted, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:   July 14, 2020

                                                         HONORABLE STEPHEN V. WILSON
                                                         United States District Judge